**1**

**James J. KANE et al., Plaintiffs in Error, v. John BORGIO, Defendant in Error.**

(Circuit Court of Appeals, Second Circuit. May 17, 1926.)

No. 345.

In Error to the District Court of the United States for the Southern District of New York.

Myle J. Holley and S. J. Oxenberg, both of New York City, for plaintiffs in error.

Cohen, Cole & Weiss, of New York City (Harry J. Leffert, of New York City, of counsel), for defendant in error.

Before HOUGH, MANTON, and MACK, Circuit Judges.

PER CURIAM. Judgment (8. F.[2d] 362) affirmed, with costs.

---

**2**

**John KOVALSKY, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Second Circuit. May 17, 1926.)

No. 328.

In Error to the District Court of the United States for the Eastern District of New York.

Frederick W. Lahr, of St. George, S. I., N. Y., for plaintiff in error.

William A. De Groot, U. S. Atty., of Brooklyn, N. Y. (H. H. Kellogg, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for the United States.

Before HOUGH, MANTON, and MACK, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

**3**

**John F. MAEDER et al., Appellants, v. JOHN R. THOMPSON CO., Appellee.**

(Circuit Court of Appeals, Third Circuit. May 25, 1926.)

No. 3424.

Appeal from the District Court of the United States for the Western District of Pennsylvania.

John M. Henry, of Pittsburgh, Pa., for appellants.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM. After argument and due consideration had, the motion to dismiss is granted.

---

**4**

**James McWilliams Blue Line, Libelant-Appellee, v. Steam Tug MARY TRACY, Her Engines, etc.; Thomas Tracy, Claimant-Appellant; Standard Oil Company of New York, Respondent-Appellee. M. K. Neville, Libelant-Appellee, v. SAME.**

(Circuit Court of Appeals, Second Circuit. May 17, 1926.)

Nos. 337, 338.

Appeal from the District Court of the United States for the Southern District of New York.

James A. Martin, of New York City, for appellant.

Courtland Palmer, of New York City, for appellee Standard Oil Co.

Paul Speer, of New York City, for appellee Neville.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Decrees affirmed, with costs.